UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RONALD DEAN YANDELL,

    Plaintiff,

vs.

MATTHEW CATE, et al.,

    Defendants.

No. C 12-4566 PJH (PR)

**ORDER GRANTING EXTENSION OF TIME**

GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's request for an extension is granted. Plaintiff may have until **March 12, 2013** to file an amended complaint.

**IT IS SO ORDERED.**

Dated: February 15, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Yandell4556.ext.wpd